# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONALD HIZER,

    Plaintiff,

vs.                                                  CASE NO.:

HOLLOWAY TRUCK AND TRAILER
REPAIR LLC.

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Holloway Truck and Trailer Repair, LLC ("Holloway"), reserving all rights to challenge a Florida court's exercise of personal jurisdiction over it, hereby notices the removal of the civil action bearing case number 2020-CA-001676 on the docket of the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida—Tampa Division. This Court has subject matter jurisdiction under 28 U.S.C. § 1332, diversity jurisdiction. The grounds for removal are as follows:

**I.**

Plaintiff, Donald Hizer, commenced the civil action on February 21, 2020, by filing a Complaint against Holloway and "John Doe, Manager", in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida. A copy of the Complaint is attached hereto as "Exhibit "1." The Summons and Complaint were served upon Holloway on or about May 22, 2020. A copy of the Verified Return of Service is attached hereto as "Exhibit "2." Plaintiff's Complaint alleges that Holloway and John Doe negligently serviced or maintained a truck ramp, resulting in Plaintiff falling and sustaining injuries. *See* "Exhibit "1."

## II.

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332. Specifically, Plaintiff and Defendant are of diverse citizenship. Plaintiff, Donald Hizer, is a citizen of the State of Florida. *See* Exhibit "1." Defendant, Holloway, is a Georgia Limited Liability Company with its principal address located in the State of Georgia. *See* print out from the website of the Georgia Secretary of State, Corporations Division, which is attached hereto as Exhibit "3." Defendant, Holloway, is a single-member LLC, and its sole member, Jason Holloway, is a citizen of the State of Georgia. Consequently, the citizenship of Holloway is the State of Georgia only. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("[A] limited liability company is a citizen of any state of which a member of the company is a citizen."). Additionally, "John Doe" is a fictitious name, thus his citizenship is to be disregarding for purposed of diversity jurisdiction, and his consent is not required. 28 U.S.C.A. § 1441(b)(1); *Laposa v. Walmart Stores E. LP*, 220CV182FTM29NPM, 2020 WL 2301446, at *2 (M.D. Fla. May 8, 2020).

Plaintiff has alleged that he was utilizing a truck, presumably owned by his employer, Merchant's Food Service, on August 15, 2017, when the truck ramp broke and he sustained injuries. *See* Exhibit "1." Plaintiff has alleged that Defendant negligently serviced or maintained the truck ramp and caused his injuries. *See* Exhibit "1." In petitions for workers' compensation benefits, Plaintiff has alleged that the subject incident resulted in Plaintiff requiring a cervical spine surgery, left shoulder arthroscopy, cervical spine massage therapy, epidural steroid injections, psychiatric evaluation, physiatrist care, physical rehabilitation, X-rays, a motorized wheelchair, vehicle wheelchair lift, a front door ramp, and shower and toilet grab handles, and entitled Plaintiff to disability benefits because he was unable to work. *See* Composite Exhibit "4." Plaintiff's past

medical specials exceed $400,000, and his claim for past wages will exceed $112,000. *See* Composite Exhibit "5." Based on the foregoing, Holloway can establish by a preponderance of the evidence that the "amount in controversy" of this civil action clearly exceeds the sum of $75,000, exclusive of interest and costs. Consequently, this Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff (a citizen of Florida) and Defendant (a citizen of Georgia), and the amount in controversy exceeds $75,000.

### III.

Removal is timely pursuant to 28 U.S.C. § 1446(b)(1), as this Notice of Removal is being filed within thirty (30) days of the receipt by Holloway of Plaintiff's Summons and Complaint.

### IV.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Holloway are included together with this Notice of Removal.

Concurrent with the filing of this Notice of Removal, notice is being given to all parties, and a copy of this Notice of Removal is being filed with the Clerk of the Court for the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida.

WHEREFORE, Defendant, Holloway Truck and Trailer Repair, LLC, gives notice that the proceedings bearing Case Number 2020-CA-001676 on the docket of the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, entitled *Donald Hizer v. Holloway Truck and Trailer Repair, LLC; and John Doe, Manager*, is removed therefrom to the docket of this Court for trial and determination as provided by law. Defendant prays that this Court enters such orders and issues such processes as may be proper to bring before it a copy of all related records and proceedings in the State Court and there upon proceed with this civil actions as if it had originally commenced in this Court.

Respectfully submitted,

*/s/ Scott P. Yount*
Scott P. Yount: FBN: 021352
George M. Duncan: FBN: 1003638
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd, Suite 800
Tampa, Florida 33606-2760
Phone: 813-275-0404
Fax: 813-275-0304
Email: syount@garrisonyount.com
Email: gduncan@garrisonyount.com
Email: eservice@garrisonyount.com
Counsel for Defendant